JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CUEVAS,<br><br>         Petitioner,<br><br>    v.<br><br>MD BITER, Warden,<br><br>         Respondent. | Case No. CV 13-548-MMM (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 29, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

-1-